# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

JAY WILLIAMS
#2300216

v.

U.S. COURT

§
§
§
§
§
§
§

CIVIL ACTION NO. 3:24-CV-1661-S-BN

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that the complaint is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915A(b)(1).

**SO ORDERED.**

SIGNED August 22, 2024.

_____
**UNITED STATES DISTRICT JUDGE**